**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Norfolk Division**

In re: Sandra M. Jones                                             Case No. 21-70890-SCS
Debtor                                                                        Chapter 7

**CERTIFICATION REGARDING REAFFIRMATION AGREEMENT**

In support of the reaffirmation agreement filed by Santander Consumer USA Inc. I hereby certify that I have confirmed the following with the Debtor in this matter:

1. The Debtor is in possession of the 2017 Dodge Journey securing the debt to be reaffirmed.

2. The vehicle is in good condition.

3. The payments on the debt to be reaffirmed are current.

4. The vehicle has full coverage insurance with Geico and Santander Consumer USA Inc. is listed as the loss payee/lienholder on the policy.


**Sandra M. Jones**

By:    /s/ Barry W. Spear
       Barry W. Spear (VSB#39152)
       Boleman Law Firm, P.C.
       Convergence Center III
       272 Bendix Road, Suite 330
       Virginia Beach, VA  23452
       Telephone (757) 313-3000
       Counsel for Debtor